PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*

CR-S-03-008-PMP(RJJ)

DOCKET NUMBER *(Rec. Court)*

04-10320

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Patrick Peter Ward<br>95 Warwick Road<br>Orange, MA 01364 | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Philip M. Pro | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/15/04    TO 7/14/07 |

**OFFENSE**

Fraud in Connection with Identification Documents
Fraud in Connection with Access Device
False Social Security Number

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>NEVADA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>District of Massachusetts</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-25-04

Date

*[signature]*

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>MASSACHUSETTS</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Oct 14, 2004

Effective Date

*William G. Young*

United States District Judge