## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### ORDER OF REFERENCE

*United States*

*Patrick Ward*

Check if previously referred

CR No. 04 – 10320 – RGS

Criminal Category _III_

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge *Collings* for the following proceedings:

(A) ☐   Referred for full pretrial case management, including all dispositive motions.

(B) ☐   Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C) ☐   Referred for discovery purposes only.

(D) ☐   Referred for Report and Recommendation on:

     ( ) Motion(s) for injunctive relief
     ( ) Motion(s) for judgment on the pleadings
     ( ) Motion(s) for summary judgment
     ( ) Motion(s) to permit maintenance of a class action
     ( ) Motion(s) to suppress evidence
     ( ) Motion(s) to dismiss
     ( ) Post Conviction Proceedings[1]
     See Documents Numbered: _____

(E)   Case referred for events only. See Doc. No(s). _____

(F)   Case referred for settlement.

(G)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
     ( ) In accordance with Rule 53, F.R.Civ.P.
     ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)   Special Instructions: *Bail, hearing and appointment of counsel, upon deft's arrest.*

12/1/04
Date

By: *Mary H. Johnson*
Deputy Clerk

(OrRef for pdf.wpd - 05/2003)

---

[1]   See reverse side of order for instructions