UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                      CRIMINAL NO. 04-10320-RGS

PATRICK PETER WARD

## AMENDED JUDGMENT AND COMMITMENT ORDER

STEARNS, DJ.                                      FEBRUARY 22, 2005

THE ABOVE-NAMED DEFENDANT APPEARED BEFORE THIS COURT ON FEBRUARY 15, 2005 FOR A PROBATION VIOLATION HEARING. THE GOVERNMENT WAS REPRESENTED BY HEIDI BRIEGER, ASSISTANT U. S. ATTORNEY. THE DEFENDANT WAS REPRESENTED BY MICHAEL NATOLA, ESQ., AND THE PROBATION DEPARTMENT WAS REPRESENTED BY MICHAEL FORMAN, U. S. PROBATION OFFICER. THE DEFENDANT WAS NOTIFIED OF HIS RIGHT TO AN EVIDENTIARY HEARING BY THE COURT, AND THE DEFENDANT STIPULATED TO VIOLATIONS I, II, III AND IV CONTAINED IN THE PETITION. THIS COURT SO FOUND THAT THE DEFENDANT DID COMMIT SAID VIOLATIONS AND SENTENCED THE DEFENDANT AS FOLLOWS:

THE DEFENDANT'S PRESENT TERM OF SUPERVISED RELEASE IS HEREBY <u>REVOKED.</u> THE DEFENDANT, PATRICK PETER WARD, IS HEREBY COMMITTED TO THE CUSTODY OF THE BUREAU OF PRISONS

FOR A PERIOD OF SIX (6) MONTHS TO BE SERVED, WITH THE JUDICIAL RECOMMENDATION THAT THE DEFENDANT'S SENTENCE BE SERVED AT COOLIDGE HOUSE.

UPON RELEASE FROM INCARCERATION, THE DEFENDANT WILL BE PLACED ON SUPERVISED RELEASE FOR A PERIOD OF THIRTY (30) MONTHS, WITH THE FOLLOWING SPECIAL CONDITIONS:

1. The defendant shall make restitution in the amount of $137,991 according to a schedule to be determined by the U. S. Probation Officer. Payments shall be made to the Clerk, U. S. District Court, for transfer to Fleet Credit Card Company, Bank of America, and First USA;
2. The defendant shall, within 72 hours of release from custody, report in person to the District to which he is released;
3. The defendant shall notify the United States Attorney for this District within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid;
4. The defendant shall not commit another Federal, State or local crime;
5. The defendant shall refrain from any unlawful use of a controlled substance, and shall submit to one drug test within 15 days of release from incarceration and at least two (2) periodic drug tests thereafter at the direction of the U. S. Probation Officer;
6. The defendant shall not purchase or possess a firearm or any other dangerous weapon;
7. The defendant shall provide access to any and all financial information to the U. S. Probation Officer when requested to do so;
8. The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the prior approval of the U. S. Probation Officer unless the defendant is in compliance with the payment schedule as ordered by the Court;
9. The defendant shall participate in a substance abuse program at the direction of the U. S. Probation Officer, which program may include random drug testing, not to exceed 104 drug tests per year, to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to pay for the costs of such services based on the ability to pay or availability of third party payment.

SO ORDERED.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE