AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF　　　MASSACHUSETTS

**United States of America**　　　　　　　　　　　　　　**APPEARANCE**

　　　　v.

**Patrick Peter Ward, Defendant**　　　　　　Case Number:   04-cr-10320-RGS

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for    the United States of America

　　I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 16, 2006 | /s/ Michael L. Tabak |
| Date | Signature |

Michael L. Tabak
Print Name　　　　　　　　　　　　　　　　　　Bar Number

c/o U.S. Attorney's Office, U.S. Courthouse
Address

Boston　　　　　　　　MA　　02210
City　　　　　　　　　　State　　Zip Code

617-748-3203　　　　617-748-3963
Phone Number　　　　　　　　　　　　Fax Number