AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

PATRICK PETER WARD

CASE NUMBER: 04 CR 10320 RGS

I, _PATRICK PETER WARD_, charged in a ☐ complaint ☑ petition pending in this District _with a_ in violation of _Supervised release_, U.S.C., and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

_____
Defendant

JUN 20 2006
Date

_____
Counsel for Defendant