UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 04-10320-RGS

PATRICK PETER WARD

(USM No. 90698-038;
d/o/b 9-26-79)

# SECOND AMENDED JUDGMENT AND COMMITMENT ORDER ON VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

STEARNS, DJ.  JULY 7, 2006

THE DEFENDANT APPEARED BEFORE THIS COURT ON JUNE 29, 2006 FOR A HEARING ON VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE. THE DEFENDANT WAS REPRESENTED BY MICHAEL NATOLA, ESQ. THE GOVERNMENT WAS REPRESENTED BY HEIDI BRIEGER, ASSISTANT U. S. ATTORNEY, AND THE PROBATION DEPARTMENT WAS REPRESENTED BY U. S. PROBATION OFFICER MICHAEL FORMAN. THE DEFENDANT WAS ADVISED OF HIS RIGHT TO AN EVIDENTIARY HEARING AND PROCEEDED TO STIPULATE TO ALL FIVE VIOLATIONS CONTAINED IN THE PETITION. THIS COURT FOUND THAT THE DEFENDANT DID COMMIT SAID VIOLATIONS AND SENTENCED THE DEFENDANT AS FOLLOWS:

## O R D E R

THE DEFENDANT'S PRESENT TERM OF SUPERVISED RELEASE IS

HEREBY <u>REVOKED.</u>

THE DEFENDANT, PATRICK PETER WARD, IS HEREBY COMMITTED TO THE CUSTODY OF THE U. S. BUREAU OF PRISONS FOR A PERIOD OF TWELVE (12) MONTHS TO BE SERVED. THE DEFENDANT IS FURTHER ORDERED TO MAKE RESTITUTION IN THE AMOUNT OF $137,991.00. PAYMENTS SHALL BE MADE TO THE CLERK, U. S. DISTRICT COURT, FOR TRANSFER TO FLEET CREDIT CARD COMPANY, BANK OF AMERICA, AND FIRST USA. THE DEFENDANT IS FURTHER ORDERED TO PAY THE BALANCE OF $40.00 TOWARDS THE SPECIAL ASSESSMENT FEE PREVIOUSLY IMPOSED BY THE COURT.

UPON RELEASE FROM INCARCERATION, THE DEFENDANT WILL BE DISCHARGED FROM ANY FURTHER PERIOD OF SUPERVISED RELEASE.

SO ORDERED.

_____
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE